**GANZ WOLKENBREIT & SIEGFELD LLP**
ATTORNEYS AT LAW
ONE COLUMBIA CIRCLE
ALBANY, NEW YORK 12203

(518) 869-9500 ● FAX: (518) 869-9556
www.gwlaw.com

ROBERT E. GANZ
DAVID E. SIEGFELD
CONOR E. BROWNELL
BETH E. CAREY

MATTHEW M. ZAPALA

JED B. WOLKENBREIT
*OF COUNSEL*

RICHARD H. FRIEDMAN (1977-2007)

November 16, 2015

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Rosenberg v. Misulovin
      Case No.: 15-cv-6773

Dear Judge Kaplan:

On behalf of Plaintiff, the undersigned served a Motion for Summary Judgment on October 29th.

By my calculation, Defendant's answering papers were due on November 12th and no papers have been filed in opposition.

Therefore, the undersigned would request the right to submit an Order on default with respect to the relief requested in the motion papers. Please inform me as to whether or not this is an acceptable method of proceeding.

Very truly yours,

GANZ WOLKENBREIT & SIEGFELD LLP

Robert E. Ganz
reg@gwlaw.com

REG/jbm
cc:   Suris & Associates, P.C.

00087669.WPD