**GANZ WOLKENBREIT & SIEGFELD LLP**
ATTORNEYS AT LAW
ONE COLUMBIA CIRCLE
ALBANY, NEW YORK 12203

(518) 869-9500 • FAX: (518) 869-9556
www.gwlaw.com

ROBERT E. GANZ
DAVID E. SIEGFELD
CONOR E. BROWNELL
BETH E. CAREY

MATTHEW M. ZAPALA

JED B. WOLKENBREIT
*OF COUNSEL*

RICHARD H. FRIEDMAN (1977-2007)

January 13, 2016

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Rosenberg v. Misulovin
      Case No.: 15-cv-6773

Dear Judge Kaplan:

As per the parties' discussion with the Court, attached herewith please find Stipulation which the parties have just signed. I believe it is important for the Court to take note of this and am, therefore, sending it to your attention. Please contact me with any questions or concerns.

Thank you for your consideration.

Very truly yours,

GANZ WOLKENBREIT & SIEGFELD LLP

*[signature: Robert E. Ganz]*

Robert E. Ganz
reg@gwlaw.com

REG/jbm
Enc.
cc:   Suris & Associates, P.C.

00088477.DOCX